# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY E. ELDER, DDS, *individually and on behalf of all others similarly situated*, plaintiffs, | : : : : : |
| v. | : CASE NO. 3:21-cv-00429 (AVC) |
| ASPEN AMERICAN INSURANCE CO., defendant. | : : : : |

## **JUDGMENT**

This action having come before the Honorable Alfred V. Covello, United States District Judge; and the court having considered the full record of the case including applicable principles of law, and having issued a Ruling on the Defendant's Motion to Dismiss, and directing the clerk to close this case on March 18, 2022, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered.

Dated at Hartford, Connecticut, this 18th day of March 2022, at Hartford, Connecticut.

                                                  Dinah Milton Kinney, Clerk

                                       By:   /s/Renée A. Alexander
                                                   Renée A. Alexander
                                                   Deputy Clerk

Entered on date: 03/18/2022